| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF RHODE ISLAND |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | DIP, Inc. ("Doherty's East Ave Irish Pub") |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 06-1791201 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **1901 Post Road**  **Warwick, RI 02886**  Number, Street, City, State & ZIP Code  **Kent**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor   **DIP, Inc. ("Doherty's East Ave Irish Pub")** _____   Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **DIP, Inc. ("Doherty's East Ave Irish Pub")**  Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
                           Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **DIP, Inc. ("Doherty's East Ave Irish Pub")**   Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 31, 2016**
MM / DD / YYYY

**X /s/ John H. Doherty**                                          **John H. Doherty**
Signature of authorized representative of debtor                    Printed name

Title   **Vice-President**

**18. Signature of attorney**

**X /s/ Thomas P. Quinn**                                          Date **October 31, 2016**
Signature of attorney for debtor                                    MM / DD / YYYY

**Thomas P. Quinn**
Printed name

**McLaughlin & Quinn, LLC**
Firm name

**148 West River Street, Suite 1E**
**Providence, RI 02904**
Number, Street, City, State & ZIP Code

Contact phone   **401-421-5115**        Email address   **tquinn@mclaughlinquinn.com**

**4780 Rhode Island**
Bar number and State

Fill in this information to identify the case:

Debtor name: **DIP, Inc. ("Doherty's East Ave Irish Pub")**

United States Bankruptcy Court for the: **DISTRICT OF RHODE ISLAND**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981537 El Paso, TX 79998 | | | | | | $34,505.10 |
| Bevinco 87 Gosset's Turn Drive Middletown, RI 02842 | | | | | | $4,725.00 |
| Bonollo-East Avenue 55 Clarkson Street Providence, RI 02908 | | | | | | $3,509.65 |
| City of Pawtucket Division of Taxation 137 Roosevelt Avenue Pawtucket, RI 02860 | | | | | | $3,017.89 |
| City of Pawtucket Division of Taxation 137 Roosevelt Avenue Pawtucket, RI 02860 | | | | | | $5,448.72 |
| Craft Beer - East Avenue 2o Avery Road Cranston, RI 02910 | | | | | | $5,344.50 |
| Ecolab Pest P.O. Box 32027 New York, NY 10087 | | | | | | $2,600.00 |
| Freedom National Bank 2152 Mendon Road Cumberland, RI 02864 | | | | $5,335.39 | $0.00 | $5,335.39 |

Debtor **DIP, Inc. ("Doherty's East Ave Irish Pub")**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Horizon - East Avenue** Horizon Beverage 121 Hopkins Hill Road West Greenwich, RI 02817 | | | | | | $11,210.87 |
| **Internal Revenue Service** Central Insolvency Operation PO Box 9052 Andover, MA 01810-9052 | | 2010 Corporate income tax disputed | Disputed | | | $158,727.60 |
| **McLaughlin & Moran** P.O. Box 20217 Cranston, RI 02920 | | | | | | $15,442.00 |
| **McLaughlin & Quinn, LLC** 148 West River Street, Ste. 1E Providence, RI 02904 | | | | | | $22,370.21 |
| **Narragansett Bay Commission** One Service Road Providence, RI 02905 | | | | | | $3,603.89 |
| **National Grid Electric** Attn; Bankruptcy Department 300 Erie Blvd. W. Syracuse, NY 13202 | | | | | | $6,405.46 |
| **Olga's Cup & Saucer** 103 Point Street Providence, RI 02903 | | | | | | $2,511.40 |
| **Pawtucket Water Supply Board** Attn: Legal Department 85 Branch Avenue Pawtucket, RI 02860-1018 | | | | | | $10,688.99 |
| **PFG - East Avenue** Performance Foodservice P. O. Box 3024 Springfield, MA 01104-3024 | | | | | | $124,524.46 |

Debtor **DIP, Inc. ("Doherty's East Ave Irish Pub")**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Providence Beverage**<br>**P.O. Box 1437**<br>**Coventry, RI 02816** | | | | | | $3,472.82 |
| **Tapped Restaurant Consultants,**<br>**P.O. Box 999**<br>**North Kingstown, RI 02852** | | | | | | $4,554.56 |
| **WRIK Entertainment**<br>**75A Eddie Dowling Highway**<br>**North Smithfield, RI 02896** | | | | | | $3,625.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Rhode Island

In re   **DIP, Inc. ("Doherty's East Ave Irish Pub")**   Case No.   _____
Debtor(s)   Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 31, 2016**      **/s/ John H. Doherty**
**John H. Doherty**/**Vice-President**
Signer/Title

Airgas
P.O. Box 802576
Chicago IL 60680-2576


American European Insurance
P.O. Box 1923
Hicksville NY 11802


American European Insurance -
P.O. Box 1923
Hicksville NY 11802


American Express
PO Box 981537
El Paso TX 79998


Atlantic Importing
15 Centre of New England Blvd.
Coventry RI 02816


Bayside Electric
4 Friendship Avenue
Warwick RI 02889


Beacon Mutual Insurance
P.O. Box 416142
Boston MA 02241-6142


Berkshire Brewing Company
P.O. Box 251
South Deerfield MA 01373


Bevinco
87 Gosset's Turn Drive
Middletown RI 02842


Bonollo-East Avenue
55 Clarkson Street
Providence RI 02908


City of Pawtucket
Division of Taxation
137 Roosevelt Avenue
Pawtucket RI 02860

```
Craft Beer - East Avenue
2o Avery Road
Cranston RI 02910


Derek W. Kelley, Esq.
Tip O'Neill Bldg.
10 Causeway Street, Rm 401
Boston MA 02222-1061


Direct TV
P.O. Box 5006
Carol Stream IL 60197-5006


ECOLAB
P.O. Box 32027
New York NY 10087


Ecolab Pest
P.O. Box 32027
New York NY 10087


Elizabeth Florio-Sullivan



Empty Kegs
1150 Greenwich Avenue
Warwick RI 02886


Federal National Bank



Freedom National Bank
2152 Mendon Road
Cumberland RI 02864


Horizon - East Avenue
Horizon Beverage
121 Hopkins Hill Road
West Greenwich RI 02817


Internal Revenue Service
Central Insolvency Operation
PO Box 9052
Andover MA 01810-9052
```

James Sullivan


JN Kidds
106 Finnell Drive #13
Weymouth MA 02188


JO Plumbing
2 Evergreen Avenue
Warwick RI 02888


John Doherty


Long Range Systems
P.O. Box 671111
Dallas TX 75267-1111


McBurney Electric
130 Benedict Street
Pawtucket RI 02861


McLaughlin & Moran
P.O. Box 20217
Cranston RI 02920


McLaughlin & Quinn, LLC
148 West River Street, Ste. 1E
Providence RI 02904


MS Walker
16 Commercial Way
Warren RI 02885-1537


Narragansett Bay Commission
Attn: Legal Department
1 Service Rd
Providence RI 02905-5505


Narragansett Bay Commission
One Service Road
Providence RI 02905

```
National Grid Electric
Attn; Bankruptcy Department
300 Erie Blvd. W.
Syracuse NY 13202


National Grid Gas
Attn: Bankruptcy Department
300 Erie Blvd. West
Syracuse NY 03202


National Trading Co.
2876 Pawtucket Avenue
Riverside RI 02915


North American Restaurant Equi
10 Industrial Drive
Smithfield RI 02917


NUCO2
P.O. Box 417902
Boston MA 02241-7902


Olga's Cup & Saucer
103 Point Street
Providence RI 02903


Paul Anderson Drain Cleaning
58 Lufkin Court
Warwick RI 02888


Pawtucket Water Supply Board
Attn: Legal Department
85 Branch Avenue
Pawtucket RI 02860-1018


Payden & Company
530 Main Street
East Greenwich RI 02818


Perkins
630 John Hancock Road
Taunton MA 02780
```

PFG - East Avenue
Performance Foodservice
P. O. Box 3024
Springfield MA 01104-3024


Providence Beverage
P.O. Box 1437
Coventry RI 02816


Republic Services
P.O.Box 9001099
Louisville KY 40290-1099


Rhode Island Division Of Taxat
Attn: Bankruptcy Unit
One Capitol Hill
Providence RI 02908


Robinson & Robinson
158 Warwick Avenue
West Warwick RI 02893


Tapped Restaurant Consultants,
P.O. Box 999
North Kingstown RI 02852


Universal Printing Solutions
10573 W. Pico Blvd.
Los Angeles CA 90064


Verizon
P.O. Box 15124
Albany NY 12212-5124


Verizon Wireless
P.O. Box 15062
Albany NY 12212-5062


WRIK Entertainment
75A Eddie Dowling Highway
North Smithfield RI 02896