UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:                                      )
                                            )    Chapter 11
DIP, Inc                                    )    Case Nos. 16-11875
D/B/A DOHERTY'S EAST AVENUE                 )
IRISH PUB, *et al*.[1]                      )    Jointly Administered
                                            )
        Debtor                              )

AMENDED APPOINTMENT OF AN OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

Pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following holders of unsecured claims to the Official Committee of Unsecured Creditors in the above-referenced case:

1. Performance Food Group     (Chair of Committee)
   Rep:  Brad Boe
   12650 E. Arapahoe Road
   Centennial, CO 80112
   Tel: 303-898-8137

2. Trimark United East, LLC
   Rep. Walter Gould
   505 Collins St.
   South Attleboro, MA 02703
   Tel: 508-399-6000 x476

3. AAA Sprinkler Company, Inc.
   Rep: Richard Crowley, Jr.
   235 Macklin St.
   Cranston, RI 02920
   Tel: 401-732-8886

4. D'Ambra Construction Co.
   Rep: Michael D'Ambra
   800 Jefferson Blvd.
   Warwick, RI 02886
   Tel: 401-737-1300

---

[1] Doherty's Lakeside Alehouse, Inc. Case No. 16,11876; DLSA, LLC Case No. 16-11877 and DBIP, Inc., d/b/a Doherty's Ale House Case No. 16-11878. (Collectively, "Doherty's")

5. A-1 Restaurant Supply
   Rep: Keri Smith
   221 Admiral St.
   Providence, RI 02908
   Tel: 401-265-2988

6. Olga's Cup and Saucer, Inc.
   Rep: David Scanlan
   103 Point St.
   Providence, RI 02903
   Tel: 401-831-6666

7. RICon Construction, LLC
   Rep: James Hathaway
   P.O. Box 8137
   Cranston, RI 02920
   Tel: 401-397-9900

                                          Respectfully submitted,

                                          WILLIAM K. HARRINGTON
                                          United States Trustee

December 8, 2016                By:    /s/ **Gary L. Donahue**

                                          Assistant U.S. Trustee
                                          U.S. Department of Justice
                                          U.S. Courthouse Suite 431
                                          One Exchange Terrace
                                          Providence, RI 02903
                                          Tel: (401) 528-5552
                                          Gary.L.Donahue@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 8, 2016, the foregoing Appointment was served upon the individuals members listed above and below by facsimile or United States mail, First Class postage prepaid.

/S/ Gary L. Donahue

Edward G. Avila	eavila@rcfp.com, mmacknight@rcfp.com
•Daniel E. Burgoyne	dburgoyne@rcfp.com, dladd@rcfp.com
•Janet J. Goldman	jgoldmanlawri@jggoldman.com, dfestrada@jggoldman.com
•Thomas P. Quinn	tquinn@mclaughlinquinn.com, pmoone@mclaughlinquinn.com